```
                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF CALIFORNIA


JOHN P. MORGAN,

          Plaintiff,

              v.                       CIV. NO. S-09-2649 LKK/DAD

JANET NAPOLITANO, SECRETARY,
U.S. DEPARTMENT OF HOMELAND
SECURITY, IMMIGRATION AND
CUSTOMS ENFORCEMENT, FEDERAL
PROTECTIVE SERVICE

          Defendants.
_____/
JOHN P. MORGAN,

          Plaintiff,

              v.                       CIV. NO. S-12-1287 LKK/DAD

JANET NAPOLITANO, SECRETARY,
U.S. DEPARTMENT OF HOMELAND
SECURITY,
                                             RELATED CASE ORDER
          Defendant.
_____/
```

The court has received the Notice of Related Cases filed May 12, 2012. Examination of the above-entitled actions reveals that the two (2) actions are related within the meaning of Local Rule 123(a), E.D. Cal. (2011).

1        Because the cases are already assigned to the same district
2   judge and magistrate judge, this order is issued for informational
3   purposes only and shall have no effect on the status of the cases.
4        IT IS SO ORDERED.
5        DATED: May 14, 2012.

```
                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```