UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOHN P. MORGAN,

    Plaintiff,

        v.                      CIV. NO. S-09-2649 LKK/DAD

JANET NAPOLITANO, SECRETARY,
U.S. DEPARTMENT OF HOMELAND
SECURITY, IMMIGRATION AND
CUSTOMS ENFORCEMENT, FEDERAL
PROTECTIVE SERVICE

    Defendants.
_____/

JOHN P. MORGAN,

    Plaintiff,

        v.                      CIV. NO. S-12-1287 LKK/DAD

JANET NAPOLITANO, SECRETARY,
U.S. DEPARTMENT OF HOMELAND
SECURITY,
                                  <u>RELATED CASE ORDER</u>
    Defendant.
_____/

    The court has received the Notice of Related Cases filed May 12, 2012. Examination of the above-entitled actions reveals that the two (2) actions are related within the meaning of Local Rule 123(a), E.D. Cal. (2011).

1  Because the cases are already assigned to the same district
2 judge and magistrate judge, this order is issued for informational
3 purposes only and shall have no effect on the status of the cases.
4  IT IS SO ORDERED.
5  DATED: May 14, 2012.

```
                         /s/ Lawrence K. Karlton
                         LAWRENCE K. KARLTON
                         SENIOR JUDGE
                         UNITED STATES DISTRICT COURT
```

2