UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN P. MORGAN,

        NO. CIV. S-12-1287 LKK/DAD

    Plaintiff,

   v.

        O R D E R

JANET NAPOLITANO, SECRETARY,
U.S. DEPARTMENT OF HOMELAND
SECURITY,

    Defendant.
                               /

    A status conference was held in chambers on July 30, 2012. After hearing, the court orders as follows:

    1.    Defendant shall bring on a formal motion to consolidate within fourteen (14) days, plaintiff shall respond within twenty-one (21) days, and defendant to reply ten (10) days thereafter. The motion will be heard on October 1, 2012 at 10:00 a.m.

    IT IS SO ORDERED.

    DATED: July 31, 2012.

                                      LAWRENCE K. KARLTON
                                      SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT