UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN P. MORGAN,

        Plaintiff,

    v.

JANET NAPOLITANO, SECRETARY,
U.S. DEPARTMENT OF HOMELAND
SECURITY,

        Defendant.

NO. CIV. S-12-1287 LKK/DAD

O R D E R

A status conference was held in chambers on July 30, 2012. After hearing, the court orders as follows:

    1.    Defendant shall bring on a formal motion to consolidate within fourteen (14) days, plaintiff shall respond within twenty-one (21) days, and defendant to reply ten (10) days thereafter.  The motion will be heard on October 1, 2012 at 10:00 a.m.

IT IS SO ORDERED.

DATED: July 31, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1