```
                    UNITED STATES DISTRICT COURT

                FOR THE EASTERN DISTRICT OF CALIFORNIA


JOHN P. MORGAN,
                                         NO. CIV. S-12-1287 LKK/DAD
          Plaintiff,

     v.

JANET NAPOLITANO,
SECRETARY, U.S. DEPARTMENT
OF HOMELAND SECURITY,

          Defendants.
                                    /
```

Defendant Janet Napolitano has filed a motion for summary judgment, currently set for hearing on September 23, 2013. (ECF No. 40.) As required by Local Rule 260(a), defendant included a Statement of Undisputed Facts, consisting of some 152 facts, with her motion. (ECF No. 41.)

On September 9, 2013, plaintiff John Morgan filed an opposition to defendant's motion for summary judgment. (ECF No. 42.)

Local Rule 260(b) requires "[a]ny party opposing a motion for summary judgment . . . [to] reproduce the itemized facts in the

1

Statement of Undisputed Facts and admit those facts that are undisputed and deny those that are disputed, including with each denial a citation to the particular portions of any pleading, affidavit, deposition, interrogatory answer, admission, or other document relied upon in support of that denial." It appears that plaintiff has failed to satisfy this requirement in his filings to date.

    Accordingly, the court hereby orders as follows:

    [1] Plaintiff is DIRECTED to file, by September 16, 2013, a response to defendant's Statement of Undisputed Facts which satisfies the requirements of Local Rule 260(b). Plaintiff is additionally GRANTED leave to file a Statement of Disputed Facts, by September 16, 2013, conforming to the requirements set forth in Local Rule 260(b). In order to facilitate the court's consideration of this matter, plaintiff is encouraged, though not required, to file, by September 20, 2013, a revised opposition that, where possible, includes citations to his response to the Statement of Undisputed Facts and/or to any Statement of Disputed Facts.

    [2] As a sanction for plaintiff's failure to comply with the Local Rules, defendant is GRANTED additional time to file a reply, which, if defendant chooses to file one, will be due by October 4, 2013.

    [3] The hearing on defendant's motion is CONTINUED until November 4, 2013 at 10:00 a.m.

////

1    IT IS SO ORDERED.

2    DATED:  September 11, 2013.

```
                        /s/ Lawrence K. Karlton
                        LAWRENCE K. KARLTON
                        SENIOR JUDGE
                        UNITED STATES DISTRICT COURT
```

3