UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JOHN P. MORGAN, | No.  CIV. S-12-1287 LKK/DAD |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| JEH JOHNSON, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY, | |
| Defendant. | |

The parties have jointly filed timely objections to the court's Pretrial Order (Tentative), dated March 13, 2014. (ECF No. 70.) Specifically, they object to the portion of Section XI.B which provides:

> As to each exhibit, each party is ordered to exchange copies of the exhibit not later than fourteen (14) days from the date of this Pretrial Order. Each party is then granted fourteen (14) days to file with the court and serve on opposing counsel any objections to said exhibits. (Id. 19.)

According to the parties, "There are literally thousands of pages of documents involved in the parties' exhibits, including

1

summaries and schedules that have not yet been prepared, and which cover years of plaintiff's employment and many different EEO complaints." (Objections ¶ 4, ECF No. 71.)[1]

Trial is currently set for October 7, 2014. A settlement conference is scheduled before Magistrate Judge Brennan on May 8, 2014. The parties wish to move the deadline for exchange of exhibits to August 2014.

The parties also highlight the omission of the word "judge" from the sentence "The trial will be reassigned to another [*sic*] subsequent to August 30, 2014" in Section XXIV of the Pretrial Order.

In light of the foregoing, the court hereby orders as follows:

[1] The portion of the Pretrial Order (Tentative) quoted above is hereby amended to read:

> As to each exhibit, each party is ordered to exchange copies of the exhibit not later than August 15, 2014. Each party is then granted fourteen (14) days to file with the court and serve on opposing counsel any objections to said exhibits.

[2] The sentence at page 28, lines 5-6 of the Pretrial Order (Tentative) is amended to read: "The trial will be reassigned to another judge subsequent to August 30, 2014."

IT IS SO ORDERED.

DATED:   April 9, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] Whether the jurors will read thousands of pages has apparently not troubled the attorneys at all.