```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  J. EARLENE GORDON
    Assistant United States Attorneys
 3  501 I Street, Suite 10-100
    Sacramento, CA  95814
 4  Telephone:  (916) 554-2700
    Facsimile:  (916) 554-2900
 5
    Attorneys for Defendant
 6  Jeh Johnson, Secretary of the
    United States Department of Homeland Security
 7
```

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN P. MORGAN,<br><br>        Plaintiff,<br><br>    v.<br><br>JEH JOHNSON, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>        Defendant. | CASE NO. 2:09-cv-02649 LKK DAD<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE THEIR AMENDED JOINT STATEMENT OF DISPUTED FACTS AND ORDER** |

      Plaintiff John P. Morgan and Defendant Jeh Johnson, Secretary, U.S. Department of Homeland Security, by and through their respective counsel, hereby stipulate to and request that the Court extend the time for the parties to file their Amended Joint Statement of Disputed Facts in response to the Court's Order of January 17, 2014 [Doc. 63] to and until February 7, 2014, for the reasons set forth below.

      1.     The Court's Order was entered on Friday, January 17, 2014.  Monday, January 20 was a holiday, and defense counsel was out of town and unavailable to meet and confer with plaintiff's counsel.  On Tuesday, January 21, 2014, defense counsel became ill.  She was then absent from the office due to that illness from Wednesday, January 22, 2014, through Friday, January 24, 2014.  Upon defense counsel's return to the office, the parties met and conferred pursuant to the

**STIPULATION AND [PROPOSED] ORDER**       1

Court's Order [Doc. 63], and it became clear that in order to fully comply with the Order the parties would need additional time with regard to the Joint Statement.

2. The parties do not seek an extension of the February 14, 2014, filing date for their separate briefs. Thus, the requested extension for the Amended Joint Statement will not delay full briefing on the issues.

3. This request is not made for the purpose of vexation or delay, or for any purpose other than to give the parties sufficient time, after defense counsel's illness, to fully comply with the provisions of the Court's Order [Doc. 63].

WHEREFORE, the parties request the Court grant an extension to and until February 7, 2014, within which to file their Amended Joint Statement pursuant to the Court's Order of January 17, 2014 [Doc. 63].

Respectfully Submitted,

DATED:  January 28, 2014         /s/  Louis Demas
                                 LOUIS DEMAS
                                 Attorney for Plaintiff John P. Morgan


DATED:  January 28, 2014         BENJAMIN B. WAGNER
                                 United States Attorney

                                 By: /s/ J. Earlene Gordon
                                 J. EARLENE GORDON
                                 Assistant United States Attorney


**ORDER**

**IT IS SO ORDERED.**

DATED:  January 28, 2014

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

STIPULATION AND [PROPOSED] ORDER            2