UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN P. MORGAN,<br><br>        Plaintiff,<br><br>  v.<br><br>JEH JOHNSON, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>        Defendant. | No.  CIV. S-12-1287 LKK/DAD<br><br><br>**ORDER** |

Defendant's request for an order reassigning this case to another judge is GRANTED. The Clerk of the Court is directed to randomly reassign this case to another district judge for all further proceedings, making appropriate adjustments in the assignment of civil cases to compensate for such reassignment.

IT IS SO ORDERED

DATED: July 25, 2014.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1