LOUIS DEMAS
Attorney at Law
2713 E Street
Sacramento, CA 95816-3221
(916) 498-9055

RAYNA S. BECKER
2217 Portmarnock Way
Roseville, CA 95678
(916) 773-0603

Gary W. Gorski
LAW OFFICES OF GARY W. GORSKI
3017 Douglas Blvd., Suite 150
Roseville, CA 95661
(775) 720-1000

Attorneys for Plaintiff John P. Morgan

McGREGOR W. SCOTT
United States Attorney
VICTORIA L. BOESCH
PHILIP A. SCARBOROUGH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendant
Secretary of Homeland Security

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN P. MORGAN, | CASE NO. 2:12-cv-1287 TLN DB |
| Plaintiff, | |
| v. | **ORDER DISMISSING PLAINTIFF'S AGE DISCRIMINATION CLAIMS AND VACATING BENCH TRIAL** |
| KEVIN K. McALEENAN, ACTING SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY, | Judge: Hon. Troy L. Nunley<br>Ctrm.: 2, 15th Floor |
| Defendant. | Trial: May 20, 2019 |

1

ORDER DISMISSING
AGE DISCRIMINATION CLAIMS
AND VACATING BENCH TRIAL

1     Pending before the Court is the parties' joint stipulation to dismiss plaintiff John P. Morgan's age discrimination claims. The stipulation is APPROVED. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims brought by plaintiff against defendant in this action that arise under the Age Discrimination in Employment Act are hereby dismissed with prejudice. The bench trial currently set for May 20, 2019, is vacated.

    IT IS SO ORDERED.

Dated: May 15, 2019

Troy L. Nunley
United States District Judge