1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   JOHN P. MORGAN,                          No.  2:12-cv-01287-TLN-DB

12                   Plaintiff,

13        v.                                  **ORDER**

14   KEVIN K. MCALEENAN, ACTING
     SECRETARY, U.S. DEPARTMENT OF
15   HOMELAND SECURITY,

16                   Defendant.

17

18        The Court is in receipt of the Joint Status Report filed on July 15, 2019 by Defendant

19   Kevin K. McAleenan (hereafter, "Defendant"), as authorized by Plaintiff John P. Morgan

20   (hereafter, "Plaintiff").  (ECF No. 201.)  Based on the contents of that report, the Court

21   understands that Plaintiff intends to pursue his cause of action appealing the decision of the Merit

22   Systems Protection Board that upheld his dismissal from federal service.  (ECF No. 201 at 1.)

23   The procedural posture of this case contemplates that this cause of action "shall be tried to the

24   court separately following trial on all other causes of action herein."  (ECF No. 58 at 43.)

25        Based on the parties' representation that Defendant has already "compiled the

26   administrative record and provided it" to Plaintiff for his review, the Court hereby ORDERS the

27   parties to comply with the following schedule for consideration of Plaintiff's remaining cause of

28   action.  Defendant shall lodge the administrative record with the Court no later than July 24,

                                         1

2019.  Plaintiff shall file an opening brief no later than August 16, 2019.  Defendant shall file an opposition brief no later than August 30, 2019.  Plaintiff shall file a reply brief no later than September 6, 2019.  No statement of disputed or undisputed facts need be submitted.  *See* L.R. 260.  However, should the parties wish to provide the Court with their own proposed findings of fact and conclusions of law — which the Court encourages — said proposed findings and conclusions shall be filed no later than September 13, 2019.

At this time, the Court intends to decide Plaintiff's remaining cause of action solely on the basis of the written administrative record, without an oral hearing.  Should the Court decide at a later date that an oral hearing is necessary, a minute order will issue.

IT IS SO ORDERED.

Dated: July 18, 2019

Troy L. Nunley
United States District Judge