PHILLIP A. TALBERT
Acting United States Attorney
VICTORIA L. BOESCH
PHILIP A. SCARBOROUGH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN P. MORGAN,<br><br>      Plaintiff,<br><br>  v.<br><br>ALEJANDRO MAYORKAS, United States Secretary of Homeland Security,<br><br>      Defendant. | CASE NO. 2:12-CV-01287-TLN-DB<br><br>STIPULATION AND ORDER FOR WAIVER OF COSTS IN EXCHANGE FOR WAIVER OF RIGHT TO APPEAL |

  Plaintiff John P. Morgan and defendant Alejandro Mayorkas, sued in his capacity as the United States Secretary of Homeland Security,[1] by and through their counsel, hereby stipulate to the terms and conditions on this stipulation and jointly request that the court enter the proposed order at the end of this document.

  Whereas this case was consolidated with case number 2:09-cv-02649, by order of the Court dated October 4, 2012 (ECF 18); and

  Whereas the Court entered final judgment in favor of defendant and against plaintiff on July 8, 2021 (ECF 211); and

---

[1] Alejandro Mayorkas became the United States Secretary of Homeland Security on February 2, 2021. Pursuant to Federal Rule of Civil Procedure 25(d), he is substituted automatically as the defendant in this action.

1    Whereas defendant, as the prevailing party, has a right under Federal Rule of Civil Procedure
2 54(d)(1), 28 U.S.C. § 1920, and Local Rule 292 to recover allowable costs by filing a Bill of Costs
3 within 14 days of the entry of judgment; and
4    Whereas the bill of costs is due on July 22, 2021; and
5    Whereas defendant has not yet filed its bill of costs; and
6    Whereas, pursuant to Federal Rule of Appellate Procedure 4(a)(1)(B), plaintiff has a right to file
7 a notice of appeal of the Court's judgment within 60 days after the entry of judgment; and
8    Whereas, the deadline to file the notice of appeal is September 7, 2021; and
9    Whereas, plaintiff has not yet filed a notice of appeal.
10   Therefore, plaintiff John P. Morgan and defendant Alejandro Mayorkas, sued in his capacity as
11 the United States Secretary of Homeland Security, agree as follows:
12   Plaintiff agrees not to file a notice of appeal and agrees to waive his right to all appealable issues
13 arising in and from this action, case number 2:12-cv-01287, or arising in and from case number 2:09-cv-
14 02649, which was consolidated with this action by order of the Court dated October 4, 2012 (ECF 18).
15   In exchange, defendant agrees not to file a Bill of Costs and agrees to waive his right to recover
16 costs under Federal Rule of Civil Procedure 54(d)(1), 28 U.S.C. § 1920, and Local Rule 292.

Respectfully submitted,

Dated: July 21, 2021

PHILLIP A. TALBERT
Acting United States Attorney

By: */s/ Philip A. Scarborough*
PHILIP A. SCARBOROUGH
Assistant United States Attorney

Attorneys for Defendant Alejandro Mayorkas, United States Secretary of Homeland Security

Dated: July 21, 2021

*/s/ Louis Demas*
LOUIS DEMAS

Attorney for Plaintiff John P. Morgan

STIPULATION AND ORDER FOR WAIVER OF COSTS IN EXCHANGE FOR WAIVER OF RIGHT TO APPEAL    2

**ORDER**

Upon good cause shown as set forth in the stipulation of counsel for the parties, the Court hereby adopts this stipulation.

DATED: July 21, 2021

_____
Troy L. Nunley
United States District Judge